1545

**FILED**

APR 23 2014

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER GENT | Criminal No. 14-101<br><br>(18 U.S.C. § 664) |

INDICTMENT

The grand jury charges:

During the period from on or about November 29, 2010 until on or about December 20, 2012, in the Western District of Pennsylvania, the defendant, JENNIFER GENT, did embezzle, steal and unlawfully and willfully abstract and convert to her own use monies, funds and property of an employee welfare benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974, that is, while employed as the office manager of the Journeyman-Apprentice Training Fund (JATF) for the Sheet Metal Industry of Western Pennsylvania, JENNIFER GENT did write and cash approximately $30,297.70 in unauthorized JATF checks for her own use.

In violation of Title 18, United States Code, Section 664.

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524